

**David Noble** <dwnoble@gmail.com>

---

## Email blast
4 messages

---

**David Noble** <dwnoble@gmail.com>             Thu, Aug 3, 2017 at 5:27 PM
To: pdechiara@cwsny.com

I wrote to Fred Rolando and asked him to designate a commercial emailer so I could send an email blast of campaign material in support of my candidacy for NALC president.

Brian Renfroe replied to my email by referring me to you.

Please designate a commercial emailer so I may send an email blast.

David Noble

---

**Peter D. DeChiara** <pdechiara@cwsny.com>             Mon, Aug 7, 2017 at 12:27 PM
To: David Noble <dwnoble@gmail.com>

Mr. Noble,


Please see Brian Renfroe's June 9, 2017 response to your June 8, 2017 request regarding an email blast. NALC continues to take the position that it has no legal obligation at this time to distribute campaign literature on behalf of any members who potentially may become candidates for union office in the 2018 election. Accordingly, NALC advises me that it has not at this time selected a commercial emailer.


Sincerely,


Peter DeChiara




Peter D. DeChiara
900 Third Avenue
New York, NY 10022-4869
Tel: 212.356.0216
Fax: 646.473.8216
Cell: 917.868.9007

pdechiara@cwsny.com | www.cwsny.com | Bio


**From:** David Noble [mailto:dwnoble@gmail.com]
**Sent:** Thursday, August 03, 2017 5:27 PM
**To:** Peter D. DeChiara <pdechiara@cwsny.com>
**Subject:** Email blast

[Quoted text hidden]

Please note that Cohen, Weiss and Simon LLP has moved to:

900 Third Avenue
21st Floor
New York, NY 10022-4869

Our telephone and fax numbers and email addresses will remain the same.

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.

---

**David Noble** <dwnoble@gmail.com>  Mon, Aug 7, 2017 at 5:35 PM
To: "Peter D. DeChiara" <pdechiara@cwsny.com>

So that I need not trouble you by making repeated inquiries, please advise when NALC will permit me to make an e-mail blast.

David Noble
[Quoted text hidden]

---

**Peter D. DeChiara** <pdechiara@cwsny.com>  Thu, Aug 10, 2017 at 11:00 AM
To: David Noble <dwnoble@gmail.com>

Mr. Noble,

NALC has advised me that it will again comply with reasonable requests by bona fide candidates to distribute campaign literature, including by email, sometime in 2018. It will defer setting a precise date pending consideration of any further guidance from the Court in your lawsuit.

Sincerely,

Peter DeChiara

COHEN WEISS AND SIMON LLP

Peter D. DeChiara
900 Third Avenue
New York, NY 10022-4869
Tel: 212.356.0216
Fax: 646.473.8216
Cell: 917.868.9007

pdechiara@cwsny.com | www.cwsny.com | Bio