UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David W. Noble,

*Plaintiff,*

v.

National Association of Letter
Carriers, AFL-CIO,

*Defendant.*

Civil Action No. 17-cv-1255 (DLF)

## JOINT REPORT AND DISCOVERY PLAN

Pursuant to Local Civil Rule 16.3(d) and the Court's January 17, 2018 order, Plaintiff David W. Noble ("Plaintiff") and Defendant National Association of Letter Carriers, AFL-CIO ("Defendant") (together, "the Parties") hereby submit the following joint report and discovery plan.

1. The Parties do not believe the case will likely be disposed of by motion to dismiss; no such motion is pending; and discovery should not await a decision on such a motion. Following discovery, the parties intend to file motions for summary judgment.

2. The Parties agree that March 31, 2018 will be the date by which other parties shall be joined or the pleadings amended. The Parties have not agreed upon or narrowed any factual or legal issues.

3. The Parties do not agree that the case should be assigned to a magistrate judge for all purposes, including trial.

4. The Parties agree that there is no realistic possibility of settling the case.

5. The Parties do not believe the case would benefit from the Court's ADR.

1

6. The Parties believe the case can be resolved by summary judgment. They have agreed to the following schedule: summary judgment motions due July 30, 2018; oppositions due August 30, 2018; replies due September 20, 2018.

7. The Parties agree to dispense with initial disclosures required by Fed. R. Civ. P. 26(a)(1).

8. The Parties agreed to a discovery completion deadline of June 30, 2018.

9. The Parties are not aware of any issues regarding electronically stored information.

10. The Parties are not aware of any issues of privilege or protection of trial-preparation materials.

11. The Parties do not intend to have expert witnesses.

12. This is not a class action.

13. The Parties do not believe that discovery or trial should be bifurcated or proceed in stages.

14. The Parties propose November 7, 2018 as the date for the pretrial conference date.

15. The Parties request that the Court set a trial date at the pretrial conference.

16. The Parties are not aware of any other matters appropriate for inclusion in the scheduling order.



Respectfully submitted,

*[signature]*

David W. Noble
1 Fenceline Drive
Gaithersburg, Maryland 20878
240-477-7256
*Pro Se* Plaintiff

*[signature]* 2/5/18

Peter D. DeChiara
COHEN, WEISS AND SIMON LLP
900 Third Avenue
New York, New York 10022
(212) 356-0216

Victoria L. Bor (D.C. Bar. No. 288852)
Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
900 Seventh Street, N.W.
Suite 1000
Washington, D.C. 20001
(202) 785-9300

*Attorneys for Defendant National Association of Letter Carriers, AFL-CIO*