UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

David W. Noble,

*Plaintiff*,

v.

National Association of Letter
Carriers, AFL-CIO,

*Defendant*.

---

Civil Action No. 17-cv-1255 (DLF)

## [PROPOSED] SCHEDULING ORDER

Pursuant to Local Civil Rule 16.4, the Court hereby issues the following scheduling order governing the above-captioned case.

1. No FRCP 26(a)(1) initial disclosures required.

2. Deadline to join parties and/or amend pleadings: March 31, 2018.

3. Discovery completion deadline: June 30, 2018.

4. Summary judgment motions due: July 30, 2018. Opposition papers due August 30, 2018; reply papers due September 20, 2018.

5. Pretrial conference: November 7, 2018.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

00929530.1