**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

David W. Noble,

    *Plaintiff*,

        *v.*

National Association of Letter
Carriers, AFL-CIO,

    *Defendant*.

_____

Civil Action No. 17-cv-1255 (DLF)

**SECOND STATUS REPORT BY DEFENDANT
NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO**

      Defendant National Association of Letter Carriers, AFL-CIO ("NALC") submits this second status report to the Court pursuant to the Court's March 9, 2018 order.

      The bidding process by email vendors described in NALC's first status report will be completed by close of business Friday, March 23.  NALC plans next week to post on its website instructions to prospective candidates for contacting the vendor selected by NALC, so that they can begin making arrangements to distribute campaign material by email.  NALC also plans next week to send an email blast to the members in its email database that will initiate the period in which members may opt out of receiving candidate emails.  Further, NALC has decided to reduce the initial opt-out period from 30 days, as originally planned, to 14 days.[1]  Accordingly, NALC anticipates that candidates will be able to send their first email blasts to members in or about the second week of April 2018.

---

[1] Email recipients will continue to have the ability to opt out of receiving candidate emails at any time after the initial opt-out period.

NALC also makes the following representation in response to Plaintiff's March 15, 2018 *Response to March 9, 2018 Status Report by Defendant National Association of Letter Carriers, AFL-CIO* ("Response") [ECF #29].  NALC has been in direct contact with the Department of Labor (DOL) with respect to the issue of union members opting out of receiving candidate emails.  The DOL has advised NALC that it follows this Court's decision in *Dimondstein v. Am. Postal Workers Union*, 964 F.Supp.2d 37, 48 (D.D.C. 2013) (union "could (as it has done in the past) give e-mail recipients the option of unsubscribing from candidate e-mails"), and recognizes that unions may lawfully permit members to opt out of receiving election campaign email messages.  The DOL has specifically recommended that NALC send out an email blast to everyone in the union's database shortly before each election, advising all recipients as to how they can opt out of receiving campaign messages.

Dated: March 20, 2018

        Respectfully submitted,

        /s/ *Peter D. DeChiara*
        Peter D. DeChiara
        COHEN, WEISS AND SIMON, LLP
        900 Third Avenue
        New York, New York 10022
        (212) 356-0216


        /s/ *Victoria L. Bor*
        Victoria L. Bor (D.C. Bar. No. 288852)
        Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
        900 Seventh Street, N.W.
        Suite 1000
        Washington, D.C.  20001
        (202) 785-9300

        *Attorneys for Defendant National Association of Letter Carriers, AFL-CIO*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018, I caused a true and correct copy of the foregoing SECOND STATUS REPORT BY DEFENDANT NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO to be served via the Court's ECF system upon:

> David W. Noble
> 1 Fenceline Drive
> Gaithersburg, Maryland 20878
> *Pro Se* Plaintiff

/s/ *Peter D. DeChiara*