UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David W. Noble,<br><br>*Plaintiff,*<br><br>*v.*<br><br>National Association of Letter Carriers, AFL-CIO<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-cv-01255-KBJ |

### **[PROPOSED] ORDER**

Upon consideration of the motion of Defendant National Association of Letter Carriers, AFL-CIO ("NALC") pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss as moot Count VI of the September 13, 2017 First Amended Complaint of Plaintiff David Noble [Docket Entry #18] and to stay discovery pending resolution of the motion, the Court hereby orders that the Motion is GRANTED and Count VI is dismissed as moot.

The case is closed.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE