UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | Civil Action No. 17-cv-01255-KBJ |
| David W. Noble, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| National Association of Letter | ) | |
| Carriers, AFL-CIO, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | | |

## DECLARATION OF BRIAN RENFROE

I, Brian Renfroe, under penalty of perjury and in lieu of affidavit as permitted by 28 U.S.C. §1746, declare as follows:

1. Since December 2016, I have served as Executive Vice President of Defendant National Association of Letter Carriers, AFL-CIO ("NALC"). I have been a member of NALC since 2005. I make this declaration in support of NALC's motion to dismiss Count VI of the amended complaint of Plaintiff David Noble ("Noble") and to stay discovery pending resolution of the motion.

2. NALC's next national officer election will take place in or about September 2018. In August 2017, nearly a year in advance of the election, Noble, claiming to be a candidate, demanded that NALC designate an email vendor that he could use to send campaign emails to addresses on NALC's member email list. At the time, given that the election was still far in the future, NALC declined to do so. However, NALC planned to select an email vendor for candidate email distributions in early 2018.

00947441.4

3. In 2014, NALC held its officer election in October and first gave candidates the opportunity to send email distributions to members in July.  For the 2018 election, NALC is giving candidates the opportunity to send their email distributions much earlier.

4. On April 3, 2018, after several weeks searching for an email vendor, NALC posted on its website a notice informing prospective candidates that on April 16, 2018 they could begin email distributions of their campaign material to those on NALC's member email list.  A copy of the April 3 notice is attached as Exhibit A to the April 5, 2018 *Third Status Report by Defendant National Association of Letter Carriers, AFL-CIO* [Docket Entry No. 31]. The April 3 notice provided instructions to candidates on how they could make arrangements with Kelly Press ("Kelly"), the email vendor that NALC had selected.

5. NALC intends to continue until the election to provide candidates with the ability to email their campaign literature to members using the email vendor.

6. In its search for an email vendor for its 2018 election, NALC applied certain criteria.  First and foremost, NALC sought an established company that did email distributions as a regular business, had the capacity and staff expertise to distribute messages to up to 80,000 email addresses, and could be counted on to protect the security of those addresses. We also had a preference for vendors that had previous experience in distributing campaign materials in union elections.  Finally, as a labor union, NALC generally strives to select unionized vendors.

7. In the end, Kelly was the only vendor that satisfied all of NALC's criteria. It regularly distributes emails for its customers.  It can be trusted to keep its clients' data secure. Its employees are represented by two reputable local unions.  It is experienced in distributing campaign emails in national union officer elections, including the 2013 and 2016 national

elections of our sister postal union, the American Postal Workers Union, AFL-CIO ("APWU").

8. During its search, NALC found one other potentially suitable vendor. NALC selected Kelly because it offered a lower price to candidates. Kelly quoted NALC a set-up fee for each email distribution of $488 and a price of two and a half cents for each email address to which the candidate's campaign literature would be sent. The other vendor that NALC considered quoted NALC a set-up fee of $250, but a per address price of four cents. This would have resulted in a cost of approximately $3,450 for a distribution to NALC's full list of approximately 80,000 addresses, in contrast to Kelly's price for the same distribution, of approximately $2,488.

9. Kelly will charge the same prices to all candidates. Noble is not being singled out for higher prices.

10. Kelly has provided me documentation showing that in the most recent APWU election, in 2016, it charged candidates prices similar to, although slightly lower than, the prices it is charging now. In the 2016 APWU election, it charged a set-up fee of $440 and a price of two cents per email address. Kelly raised its prices to the current prices in 2017.

11. In NALC's 2014 officer election, the firm that did the candidate email distributions charged less than Kelly. However, that firm no longer exists, so NALC can no longer use it.

12. NALC's Information Technology staff spent a considerable amount of time organizing NALC's list of tens of thousands of member email addresses for transmission to Kelly. NALC is not charging Noble or any other candidate for the cost of this staff time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Washington, DC this 13th day of April 2018.

_____
Brian Renfroe